**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7160**

_____

ROBERT ROYSTER,

                    Plaintiff - Appellant,

          v.

DETECTIVE  P.  MCKEON;  DETECTIVE  M.  FAULCON;  DETECTIVE
PATCHIN; DETECTIVE GIBNEY,

                    Defendants - Appellees.

_____

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  North  Carolina,  at  Raleigh.    Terrence  W.  Boyle,
District Judge. (5:09-ct-03111-BO)

_____

Submitted:  January 31, 2012          Decided:  February 3, 2012

_____

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert  Royster,  Appellant  Pro  Se.    Dorothy  Kibler  Leapley,
Deputy City Attorney, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Royster appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Royster v. McKeon, No. 5:09-ct-03111-BO (E.D.N.C. Aug. 16, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED